UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SAGE PARTS PLUS, INC.,

                Plaintiff,

    v.

KIRSTJEN NIELSEN, Secretary, U.S. Department of
Homeland Security (DHS); L. FRANCIS CISSNA,
Director, U.S. Citizenship and Immigration Services
(USCIS); LAURA B. ZUCHOWSKI, Director,
USCIS Vermont Service Center,

                Defendants.

------------------------------------------------------------x

ORDER

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No.
CV-19-0675

(Seybert, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that:

1. This action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

2. The Clerk of the Court is directed to enter judgment accordingly.

Dated: New York, New York
       March 11, 2019

LAW OFFICE OF PAUL O'DWYER
*Attorney for Plaintiff*
134 West 26th Street, Suite 902
New York, New York 10001

By: _____
Paul O'Dwyer, Esq.
(646) 230-7444
paulodwyer@earthlink.net
1 of 2

*Sage Parts Plus, Inc.. v. Nielsen, et al.*, 19-cv-0675 (Seybert, J.)
Stipulation and Order of Dismissal With Prejudice
Page 2

Dated: Central Islip, New York
March 11, 2019

RICHARD P. DONOGHUE
United States Attorney
*Attorney for Defendants*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: ___Vincent L. Lipari___
Vincent Lipari
Assistant U.S. Attorney
(631) 715-7864
vincent.lipari@usdoj.gov

SO ORDERED this ___ day of _____, 2019

_____
HONORABLE JOANNA SEYBERT
United States District Judge

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: March 19, 2019
Central Islip, NY

The Clerk of the Court is directed to mark this case CLOSED.

2 of 2